IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:20-MJ-272 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| ALEXIS D. JERNIGAN-BAGGETT, | ) | Court Date: October 26, 2020 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor - 7512890)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 26, 2020, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ALEXIS D. JERNIGAN-BAGGETT, did unlawfully and knowingly assault A.B by striking him.

(Violation of Title 18, United States Code, Section 113(a)(4))

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Antonio Contreras
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __5__ day of October 2020 to the defendant's home of record.

By: _____
Antonio Contreras
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Antonio.Contrereas@usdoj.gov